UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTONIO JOHNSON,
D.O.C. # 446897
    Plaintiff,

vs.                                  Case No.:  4:24cv430/MCR/MAF

RON DESANTIS,
    Defendant.
_____/

**ORDER**

The magistrate judge issued a Report and Recommendation on October 24, 2024. (Doc. 4). The Court furnished the Plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 4) is adopted and incorporated by reference in this order.

    2.    Plaintiff's complaint (Doc. 1), motion for preliminary injunction (Doc. 2), and this action are **DISMISSED without prejudice** pursuant to 28 U.S.C § 1915(g).

    3.    The Clerk of Court is directed to enter judgment stating, "This case is dismissed without prejudice pursuant to 28 U.S.C § 1915(g)" and close this case.

**DONE AND ORDERED** this 31st day of December 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**